JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXIMO DIAZLEAL-DIAZLEAL, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JAMES KEY, ) <br> ) <br> Respondent. ) <br> ) | No. CV21-0068-JCC-TLF <br><br> (~~PROPOSED~~) ORDER GRANTING MOTION TO SEAL REPLY IN SUPPORT OF OBJECTIONS TO REPORT AND RECOMMENDATION |

THIS MATTER has come before the undersigned on the motion of Petitioner Maximo Diazleal-Diazleal to file his Reply in Support of Objections to the Report and Recommendation under seal. (Dkt. No. 37.) The Court has considered the motion and records in this case and finds there are compelling reasons to file the Reply under seal.

IT IS ORDERED that the Reply in Support of Objections to the Report and Recommendation be filed under seal.

//
//
//
//
//
//
//
//

ORDER GRANTING MOTION
TO SEAL REPLY
(*Diazleal-Diazleal v. Key*, CV21-068-JCC-TLF) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1  DATED this 29nd day of December, 2022.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Maximo Diazleal-Diazleal

ORDER GRANTING MOTION
TO SEAL REPLY
(*Diazleal-Diazleal v. Key*, CV21-068-JCC-TLF) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100